**No. 09-681. Armand Bonvicino, et al., Petitioners v. Bruce Hopkins.**

559 U.S. 1048, 130 S. Ct. 2342, 176 L. Ed. 2d 561, 2010 U.S. LEXIS 2975.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 573 F.3d 752.

**No. 09-709. Jeffrey J. Reed, Petitioner v. International Union, United Automobile, Aerospace and Agricultural Implement Workers of America.**

559 U.S. 1048, 130 S. Ct. 2342, 176 L. Ed. 2d 561, 2010 U.S. LEXIS 3103.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 569 F.3d 576.

**No. 09-755. Louis Dale Marcantel, Individually and in His Official Capacity as Chief of Police of the Village of Turkey Creek, Louisiana, Petitioner v. Michell B. Deville, et vir.**

559 U.S. 1048, 130 S. Ct. 2343, 176 L. Ed. 2d 561, 2010 U.S. LEXIS 3019.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 567 F.3d 156.

**No. 09-779. Elmon Walters, et al., Petitioners v. American Coach Lines of Miami, Inc.**

559 U.S. 1048, 130 S. Ct. 2343, 176 L. Ed. 2d 561, 2010 U.S. LEXIS 2974.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 575 F.3d 1221.

**No. 09-817. Dewayne Tarver, Individually and in His Official Capacity as Duly Commissioned Officer by the Village of Turkey Creek, Petitioner v. Michell B. Deville, et vir.**

559 U.S. 1048, 130 S. Ct. 2343, 176 L. Ed. 2d 561, 2010 U.S. LEXIS 3101.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 567 F.3d 156.

**No. 09-819. SAP AG, et al., Petitioners v. Sky Technologies LLC.**

559 U.S. 1048, 130 S. Ct. 2343, 176 L. Ed. 2d 561, 2010 U.S. LEXIS 3007.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 576 F.3d 1374.

**No. 09-922. Dave Jordan, Petitioner v. Apache Corp., et al.**

559 U.S. 1048, 130 S. Ct. 2347, 176 L. Ed. 2d 561, 2010 U.S. LEXIS 3052.

April 5, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 332 Fed. Appx. 992.

**No. 09-952. John H. Bradbury, Petitioner v. Idaho Judicial Council.**

559 U.S. 1048, 130 S. Ct. 2350, 176 L. Ed. 2d 561, 2010 U.S. LEXIS 2936.

April 5, 2010. Petition for writ of certiorari to the Supreme Court of Idaho denied.

Same case below, 149 Idaho 107, 233 P.3d 38.